IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **LUTHER MURDOCK** ) | |
| ) | |
| v. ) | Civil Action No. 2:09-0085 |
| ) | Magistrate Judge Knowles |
| **FENTRESS COUNTY, TENNESSEE,** ) | |
| **ET AL.** ) | |

### O R D E R

On May 18, 2010, Judge Brown referred this action to the undersigned for the purpose of conducting a settlement conference. Docket No. 25.

On June 16, 2010, counsel for the Plaintiff contacted the office of the undersigned to advise the Court that the parties had scheduled a settlement conference with a private mediator and would not need the assistance of the Magistrate Judge.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the undersigned.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge