UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LUTHER W. MURDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:09-0085 |
| ) | |
| FENTRESS COUNTY, TN, et al. ) | Judge Campbell/Brown |
| ) | |
| Defendants. ) | |

**O R D E R**

The Court has been notified that the parties have reached a settlement as a result of their mediation on June 30, 2010. (Docket Entry 27).

Accordingly, the parties shall file an agreed order of dismissal for Judge Campbell's consideration within thirty (30) days of entry of this order and the Clerk shall return the file to him for his consideration.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge