IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUTHER W. MURDOCK | ) |
| | ) |
| v. | ) NO. 2-09-0085 |
| | ) JUDGE CAMPBELL |
| FENTRESS COUNTY, TENNESSEE, | ) |
| et al. | ) |

ORDER

The Court has received a Stipulation of Dismissal (Docket No. 29) in which Plaintiff gives notice that he is dismissing all claims against all Defendants, with prejudice. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE